THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:19-cv-00150-MR-WCM

| | | |
|---|---|---|
| CARL WOMACK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| JOHANNA FINKELSTEIN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Plaintiff's response [Doc. 6] to the Court's Show Cause Order [Doc. 4].

On June 6, 2019, the Court entered an Order dismissing this action as frivolous and directing the Plaintiff to show cause why a pre-filing review system should not be imposed. [Doc. 4]. The Plaintiff responded to the Court's Order on June 21, 2019. [Doc. 6].

Upon review of the Plaintiff's response, the Court finds that the Plaintiff has failed to articulate a reason why a pre-filing review system should not be imposed. Indeed, instead of addressing the propriety of imposing a pre-filing review system, the Plaintiff accuses the undersigned of misconduct and obstruction of justice in having dismissed this case. He then proceeds to re-

argue his view of the merits of his claim while completely ignoring the jurisdictional and factual basis for the dismissal. [Doc. 6].

Accordingly, for all the reasons set forth in the Court's prior Order [Doc. 4], the Court will direct that all documents submitted by the Plaintiff in the future will be pre-screened by the Court for content. Any proposed filings that are not made in good faith or which lack substance or merit will be returned to the Plaintiff without further explanation. Such a review system "will allow Plaintiff to have access to the Courts for his legitimate concerns, but will prevent him from usurping the Court's resources with his baseless submissions." Vandyke v. Francis, No. 1:12-CV-128-RJC, 2012 WL 2576747, at *3 (W.D.N.C. July 3, 2012).

**IT IS, THEREFORE, ORDERED** that a pre-filing review system is hereby imposed, and all documents submitted by the Plaintiff Carl Womack in the future, whether in this case or in any other action filed in this District, will be pre-screened by the Court for content. Any proposed filings that are not made in good faith or which lack substance or merit will be returned to the Plaintiff without further explanation.

**IT IS SO ORDERED.** Signed: June 26, 2019

Martin Reidinger
United States District Judge